NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**09-0735**

STATE OF LOUISIANA

VERSUS

ROBERT MILTON ROBINSON

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. C14227
HONORABLE ERIC R. HARRINGTON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Michael G. Sullivan,
Judges.

**AFFIRMED.**

**R. Stuart Wright
Assistant District Attorney
10th Judicial District
P. O. Box 838
Natchitoches, LA 71458-0838
(318) 357-2214
COUNSEL FOR APPELLEE:**
    State of Louisiana

**Edward K. Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602**
**(318) 491-0570**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Robert Milton Robinson**

PETERS, J.

_____The State of Louisiana (state) charged the defendant, Robert Milton Robinson, by bill of information with possession of cocaine, in violation of La.R.S. 40:967. The defendant initially pled not guilty to the offense, but subsequently withdrew his former plea and entered a plea of guilty to the charge. Thereafter, the trial court sentenced him to serve four years at hard labor. The defendant then perfected this appeal, asserting in his one assignment of error that the sentence imposed was excessive.

The defendant did not object at sentencing and did not file a motion to reconsider the sentence imposed. Failure to object and failure to timely file a motion to reconsider the sentence imposed precludes review of the sentence on appeal. *State v. Bamburg*, 00-675 (La.App. 3 Cir. 11/2/00), 772 So.2d 356. *See also State v. Williams*, 01-998 (La.App. 3 Cir. 2/6/02), 815 So.2d 908, *writ denied*, 02-578 (La. 1/31/03), 836 So.2d 59. Thus, we find that the defendant has waived his right to seek review of his sentence.

## DISPOSITION

We affirm the defendant's sentence in all respects.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION. Rule 2-16.3, Uniform Rules, Courts of Appeal.